## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

KENDRA L. MCMILLAN,

      Plaintiff,

v.                                                               Case No:  6:20-cv-2147-RBD-GJK

AIG PREFERRED INSURANCE
COMPANY,

      Defendant.

_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Joint Notice Regarding Mediation Status (Doc. 25) indicating that this case has settled.  Accordingly, it is **ORDERED AND ADJUDGED**:

1.      That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2.      All pending motions are denied as moot and all deadlines and hearings are terminated.

3.      The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 5, 2021.



ROY B. DALTON JR.
United States District Judge